**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-21-0000031**
**09-JUN-2021**
**09:29 AM**
**Dkt. 25 ODSD**

NO. CAAP-21-0000031

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DD, Plaintiff-Appellee, v.
SD, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(CASE NO. FC-D 19-1-0217)

ORDER DISMISSING APPEAL
(By: Fujise, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On or about January 22, 2021, self-represented Defendant-Appellant SD (Wife) filed the notice of appeal;

(2) On February 8, 2021, the family court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before February 18, 2021, and March 22, 2021, respectively;

(3) Wife failed to file the statement of jurisdiction or request an extension of time;

(4) On March 19, 2021, the appellate clerk granted an extension of time for the opening brief to April 21, 2021;

(5) Wife failed to file the opening brief or request another extension of time;

(6) On May 6, 2021, the appellate clerk notified Wife that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on May 17, 2021, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of

Appellate Procedure Rules 12.1(e) and 30, and Wife could request relief from default by motion; and

  (7) Wife took no further action in the appeal.

  Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

  DATED: Honolulu, Hawaiʻi, June 9, 2021.

/s/ Alexa D.M. Fujise
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge
